### PEOPLE v. NAHMIAS.

(Court of Special Sessions, New York County.   March, 1913.)

Information against Abraham Nahmias for permitting a boy under 16 to be in a place likely to impair his morals and for keeping a room used for gambling.   Defendant found guilty.

Charles S. Whitman, Dist. Atty., and Floyd H. Wilmot, Asst. Dist. Atty., both of New York City, for the People.

Frank Wolfson, for defendant.

PER CURIAM.   There are no legal questions presented by this case differing from those discussed and decided in the case against Stein, 146 N. Y. Supp. 852.   The slot devices differ in construction, but not in practical results.   In this case the child gets a package of gum for each penny used, but certain packages contained numbered coupons which entitled the player to chocolate candy ranging in value from one to ten cents; stated in the vernacular of the gambling fraternity, the player bets one cent that he will get, not only one piece of gum, but from one to ten cents worth of candy; the proprietor takes the opposite side, and the apparatus determines which is the winner.   Under the ruling in the case against Stein, this slot machine is a gambling device, its use forbidden by the Penal Law (Consol. Laws, c. 40), and permitting its use by children under 16 years of age contravenes the inhibitions of section 483 thereof.

The motions of counsel are denied, and the defendant is found guilty.